**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**

January 10, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

The Honorable Harold A. Ackerman
Senior District Court Judge
U.S. District Court, District of New Jersey
U.S. Post Office and Courthouse
Newark, New Jersey 07102-0999

RE:   **ESTHER DIXON**
      **CR No. 99-00702-001**
      **Expiration of Supervision With**
      **Outstanding Restitution Balance**

Dear Judge Ackerman:

On February 23, 2000, Esther Dixon was sentenced by Your Honor to imprisonment for 12 months and one day, and five years supervised release, for the offense of bank fraud. In addition, Dixon was ordered to pay restitution in the amount of $144,257.37, payable in monthly installments of $100. The term of supervised release commenced on February 7, 2001, when she was released from the custody of the Federal Bureau of Prisons. Not long thereafter, supervision was transferred to the Middle District of Florida.

The purpose of this letter is to advise that the term of supervised release is scheduled to expire on February 6, 2006, and the offender has yet to satisfy the restitution obligation. Ms. Dixon, has, however, made consistent monthly restitution payments and otherwise generally remained in compliance with the conditions of supervision. To date, the restitution balance is $139,046.37, and the offender has made payments totaling $5,211.

Therefore, unless Your Honor considers otherwise, we respectfully recommend that the supervision term expire as scheduled. Since the restitution order remains imposed as a final judgment, pursuant to Title 18, United States Code, Section 3664(o), the Financial Litigation Unit (FLU) of the United States Attorney's Office has been notified of the expiration of supervision and will continue to pursue collection of the financial obligation. If Your Honor requests an alternative course of action, please advise our office accordingly. We will make ourselves readily available should the Court wish to discuss this matter.

Very truly yours,

Donald L. Martenz, Jr.
U.S. Probation Officer

cc:   Kathy Connors, USAO-FLU

Approved
USDJ
1/18/06